## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHELLE DRISCOLL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **QVC, INC.** | : | **NO. 21-3965** |

## ORDER

**NOW**, this 25th day of July, 2022, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

/s/ TIMOTHY J. SAVAGE J.