# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHELLE DRISCOLL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **QVC, INC.** | : | **NO. 21-3965** |

## ORDER

**NOW**, this 26th day of October, 2022, upon consideration of the plaintiff's unopposed Motion on Consent to Extend Order of Dismissal (Doc. No. 44), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the time to vacate, modify or strike the July 25, 2022 Order of Dismissal under Local Rule 41.1(b) is **EXTENDED** to **January 4, 2023**.

_____
TIMOTHY J. SAVAGE, J.